# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Antonio Frierson</u>          Case Number:  <u>3:10-00017-02</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U. S. District Judge</u>

Date of Original Sentence: <u>December 17, 2010</u>

Original Offense: <u>18 U.S.C. § 2113(a) Bank Robbery</u>

Original Sentence: <u>46 months' imprisonment, followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>May 16, 2013</u>

Assistant U.S. Attorney: <u>To Be Assigned</u>          Defense Attorney: <u>John E. Nicoll</u>

**THE COURT ORDERS:**

☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_Paul Montgomery_
U.S. Probation Officer
Paul Montgomery

Considered this _26_ day of _July_, 2013, and made a part of the records in the above case.

_Todd Campbell_
Honorable Todd J. Campbell
U.S. District Court Judge

Place     Nashville, Tennessee

Date     July 26, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation No.**     **Nature of Noncompliance**

**1.**     **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

Mr. Frierson submitted a drug screen on May 17, 2013, which confirmed positive for marijuana.  Although he initially denied he had used marijuana, Mr. Frierson later admitted that he used marijuana the weekend prior to his release from Diersen Charities.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Frierson began his term of supervised release on May 16, 2013.  On May 22, 2013, while conducting his felony registration with Metro Police Department, the defendant was placed into custody for two outstanding fraud warrants from 2009.  The defendant remained in custody until July 19, 2013, following his guilty plea and suspended 4 year sentence.  The defendant contacted this officer upon his release from custody and has resumed his supervised release.

Due to the aforementioned positive drug screen, the defendant has been referred to Centerstone for a substance abuse assessment.  He also submits to random drug screens.

Mr. Frierson resides in Nashville with relatives.  Following his release from state custody, he was able to return to his previous place of employment.  The defendant has been admonished for his conduct and informed that further illegal drug use could adversely affect his supervised release status.

## U.S. Probation Officer Recommendation:

It is recommended that no action be taken at this time against Mr. Frierson.  The probation officer will follow the recommendation of Centerstone following the substance abuse assessment.  The U. S. Attorney's Office has been advised of this recommendation.

Approved:

W. Burton Putman
Supervisory U.S. Probation Officer